```
               IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA


UNITED NATIONAL INSURANCE        :       CIVIL ACTION
COMPANY, et al.                  :
                                 :
     v.                          :
                                 :
INDIAN HARBOR INSURANCE COMPANY  :       NO. 14-6425
```

ORDER

AND NOW, this 2nd day of February, 2015, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1)  The partial motion of defendant Indian Harbor Insurance Company for judgment on the pleadings under Rule 12(c) of the Federal Rules of Civil Procedure (Doc. # 12) (improperly denominated a partial motion to dismiss) is GRANTED; and

(2)  The motion of defendant Indian Harbor Insurance Company to strike the jury demand for Counts III and IV of plaintiffs' complaint (Doc. # 13) is DENIED as moot.

                              BY THE COURT:


                              /s/ Harvey Bartle III_____
                                                        J.