```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| UNITED NATIONAL INSURANCE COMPANY, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| INDIAN HARBOR INSURANCE COMPANY | : | NO. 14-6425 |

ORDER

AND NOW, this 2nd day of February, 2015, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) Judgment is entered in favor of defendant Indian Harbor Insurance Company and against plaintiff United National Insurance Company on Counts I, II, and III of the complaint insofar as said counts assert claims by plaintiff United National Insurance Company involving the Port LA action; and

(2) Judgment is entered in favor of defendant Indian Harbor Insurance Company and against plaintiffs United National Insurance Company and Penn-America Insurance Company on Count IV of the complaint.

BY THE COURT:

/s/ Harvey Bartle III_____
                                                   J.