```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA


UNITED NATIONAL INSURANCE      :      CIVIL ACTION
COMPANY, et al.                :
                               :
          v.                   :
                               :
INDIAN HARBOR INSURANCE COMPANY :     NO. 14-6425
```

ORDER

AND NOW, this 6th day of March, 2015, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of third-party defendant Diamond State Insurance Company to dismiss the third-party complaint of third-party plaintiff Indian Harbor Insurance Company (Doc. #37) is GRANTED.

```
                         BY THE COURT:


                         /s/ Harvey Bartle III
                                                J.
```