```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED NATIONAL INSURANCE    :    CIVIL ACTION
COMPANY                      :
                             :
          v.                 :
                             :
INDIAN HARBOR INSURANCE      :
COMPANY                      :    NO. 14-6425
```

ORDER

AND NOW, this 9th day of December, 2015, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that the motion of Penn-America Insurance Company for leave to file its first amended complaint (Doc. # 72) is DENIED.

BY THE COURT:


/s/ Harvey Bartle III
                                                    J.